IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JIMMY DELL MEGGS,**

    **Plaintiff,**

v.

**SCF WAXLER MARINE, LLC,**

    **Defendant.**   No. 11-cv-1136-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' notice of voluntary dismissal with prejudice (Doc. 22). The Court hereby acknowledges the notice and finds that all of plaintiff's claims plead in the complaint against defendant are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

Signed this 1st day of October, 2012.

Digitally signed by
David R. Herndon
Date: 2012.10.01
14:48:42 -05'00'

**Chief Judge**
**United States District Court**