IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JIMMY DALE MEGGS,

    Plaintiff,

-vs-

SCF WAXLER MARINE, LLC,

    Defendant.                    No. 11-CV-1136-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation for Dismissal filed by the parties on October 1, 2012.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 1, 2012, this case is **DISMISSED** with prejudice,

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT


                BY:      */s/Sara Jennings*
                         **Deputy Clerk**

Dated: October 1, 2012

Digitally signed by David R. Herndon
Date: 2012.10.01 15:01:14 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT